FILED
CLERK, U.S. DISTRICT COURT
MAY - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BROWNLOW, | NO. CV 08-0558 AHM (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BRIAN HAWS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: \_\_\_\_May 8\_\_\_\_, 2008.

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE